IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROGER FRALEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-1060-N-BK |
| | § | |
| BAC HOME LOANS SERVICING, LP, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's claims arising under the Deceptive Trade Practices Act and for anticipatory breach of contract, unreasonable collection efforts, negligent misrepresentation, and gross negligence are DISMISSED with prejudice.

SO ORDERED this 9th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE