**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROGER FRALEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | **Civil No. 3:11-CV-1060-N-BK** |
| **BAC HOME LOANS SERVICING, LP,** | § | |
| **et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in

this case.  No objections were filed.  The District Court reviewed the proposed findings,

conclusions and recommendation for plain error.  Finding none, the Court ACCEPTS the

Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 29th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE